## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
#### Norfolk Division

IN RE:      **ROBERT TIMOTHY MILLER,**      Case No. 14-74074-FJS
            **STACIA LEZETTE MILLER,**
            **Debtors.**                    **Chapter 13**

### AMENDED NOTICE OF MOTION

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then, on or before twenty-one (21) days from the date of this notice, you or your attorney must:

_x_ File with the Court, at the address shown below, a written request for a hearing (or a written response pursuant Local Bankruptcy Rule 9013-1 (H)). If you mail your request for a hearing (or response) to the Court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

> Clerk of Court
> United States Bankruptcy Court
> 600 Granby Street
> Norfolk, VA 23510

You must also mail a copy to:

> Timothy R. Douglass, Esq.
> John W. Lee, P.C.
> 291 Independence Blvd., 530
> Virginia Beach, VA 23462

____ Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. If no timely response has been filed opposing the relief requested the court may grant the relief without holding a hearing.

_____Attend the hearing scheduled on the Motion (or objection) to be held on

_____ at _____ a.m./ p.m. at the United States Bankruptcy Court

_____.

If you or your attorney do not take these steps, the court may decide that you do not

oppose the relief sought in the motion or objection and enter an order granting that relief.

Counsel For:
ROBERT TIMOTHY MILLER
STACIA LEZETTE MILLER

10/9/2015
Date

Timothy R. Douglass, Esq.
(VSB No. 72901)
John W. Lee, P.C.
291 Independence Blvd., 530
Virginia Beach, VA 23462
(757) 961-8553

### Certificate of Service

I hereby certify that I mailed a true and accurate copy of the foregoing to the Trustee, the
US Trustee, the debtor, and all creditors listed on the attached List of Service, pursuant to Rule
7004 of the Federal Rules of Bankruptcy procedure, on this 9TH day of October 2015.
Parties noted with an * were served via certified mail.

Timothy R. Douglass

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

IN RE:      **ROBERT TIMOTHY MILLER,**      Case No. 14-74074-FJS
            **STACIA LEZETTE MILLER,**
              **Debtors.**           Chapter 13

**AMENDED MOTION FOR AUTHORITY**

**TO INCUR DEBT SECURED BY PERSONAL PROPERTY**

     **NOW COME** the debtors, Robert Timothy Miller, and Stacia Lezette Miller, by counsel, and file this Motion for Authority to Incur Debt Secured By Personal Property pursuant to 11 U.S.C. §§ 364(a) and 1304(b), Federal Rules of Bankruptcy Procedure 4001(c) and 9014, and Local Bankruptcy Rules 9013-1, and respectfully state to the Court as follows:

1. This Court has exclusive jurisdiction over this matter pursuant to 28 U.S.C. §1334.

2. This proceeding is a core proceeding under 28 U.S.C. §157(b)(2)(A), (B), (K), and (O).

3. Venue is proper pursuant to 28 U.S.C. §1409.

4. That on November 7, 2014, the debtors filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

*Timothy R. Douglass, Esq. (VSB No.72901)*
*John W. Lee, P.C.*
*291 Independence Blvd., Ste 530*
*Virginia Beach, VA 23462*
*757-896-0868*

5. Debtors filed their Amended Chapter 13 Plan on December 7, 2014, which Plan was confirmed by Order of the Court on February 24, 2015.

6. Debtors seek to finance a 2014 Chevrolet Malibu or a substantially similar vehicle from R.K. Chevrolet, Inc.

7. The terms of the  proposed loan are as follows:

   a. The purchase price is approximately $18,475.00;

   b. The down payment is $2,5000.00, the source of the funds being money saved up by the Debtors through the contingency of their budget;

   c. Approximately $880.93 for taxes and licensing fees;

   d. Approximately $649.00 for the Processing Fees;

   e. Approximately $700.00 for GAP coverage;

   f. Approximately $495.00 for Skylink Service;

   g. Total amount of the loan financed is approximately $18,204.53;

   h. Fixed interest rate, which is approximately $18.900%;

   i. Amortized for approximately 66 months;

   j. Approximate bi-weekly principal and interest payments will be $449.74.

8. Debtors' 2001 Cadillac DeVille has several severe mechanical issues and is no longer reliable, and Mr. Miller is in need of a reliable vehicle to drive to and from work.  Debtors have no other vehicles.

9. Debtors have filed amended Schedules I and J and Plan to address the new car payment in their monthly budget.

10. Debtors request that the Court authorize their Motion to Incur Debt as stated

herein.

**WHEREFORE**, the debtors pray that this Court enter an Order: (1) permitting

Debtors to incur new debt as set forth herein; (2) directing that the loan approved hereby

be applied to the costs of the new vehicle as set forth herein; and (3) for such other relief

as this court deems appropriate.

Respectfully Submitted,

ROBERT TIMOTHY MILLER
STACIA LEZETTE MILLER

10/9/2015
Date

Timothy R. Douglass, Esq.
(VSB No. 72901)
John W. Lee, P.C.
291 Independence Blvd., 530
Virginia Beach, VA 23462
(757) 961-8553

### Certificate of Service
I hereby certify that I mailed a true and accurate copy of the foregoing to the Trustee,
U.S. Trustee, the debtors, and all creditors listed on the attached List of Service, pursuant to Rule
7004 of the Federal Rules of Bankruptcy procedure, on this 9th day of October 2015.
Parties noted with an * were served via certified mail

Timothy R. Douglass

# LIST OF SERVICE

Office of the U.S. Trustee
Federal Building, Room 625
200 Granby Street
Norfolk, VA 23510-0000

Michael P. Cotter
Chapter 13 Trsutee
870 Greenbrier Circle, Ste 402
Chesapeake, VA 23320

Robert Timothy Miller
Stacia Lezette Miller
5848 Magnolia Chase Way, Apt. #205
Virginia Beach, VA 23464

Aargon Agency Inc
8668 Spring Mountain rd.
Las Vegas, NV 89117-0000

American Education Services
Atten: Accnt. Dept.
Payment Center
Harrisburg, PA 17130-0000

CBE Group
1309 Technology Pkway
Cedar Falls, IA 50613-0000

City of Virginia Beach
Public Utilities and Public Wo
2401 Courthouse Dr., Bldg. 1
Virginia Beach, VA 23456-0000

Coleman Bridge
Violation Processing Center
P.O. Box 1234
Clifton Forge, VA 24422-0000

Craig W.T. Estrada, DDS
1354 Kempsville Road
Suite 101
Chesapeake, VA 23320-0000

Credit Collection Services
P O Box 9135
Needham Heights, MA 02494-0000

Credit Collections Services
2 Wells Ave
Dept 9133
Newton Center, MA 02459-0000

Department of Education/Sallie
P.O. Box 9635
Wilkes Barre, PA 18773-0000

Department of the Treasury
Internal Revenue Service
Kansas City, MO 64999-0000

Department of Treasury
P.O. Box 621505
Atlanta, GA 30362-0000

Dish Network
Atten: Billing Dept.
P.O. Box 94063
Palatine, IL 60094-4063

Diversified Consultants, Inc
P.O. Box  551268
Jacksonville, FL 32255-1268

Dominion Power
Atten: Bk Dept.
P.O. Box 26543
Richmond, VA 23290-0000

Elizabeth River Tunnel
700 Port Centre Pkwy
Suite 2B
Portsmouth, VA 23704-0000

Enterprise Recovery Systems
P.O. Box 5169
Hinsdale, IL 60522-0000

EOS CCA
700 Longwater Drive
Norwell, MA 02061-0000

Equidata
P.O. Box 6610
Newport News, VA 23606-0000

ERC d/b/a Suntrust Bank
8014 Bayberry Road
Jacksonville, FL 32256-0000

Federal Loan Servicing Credit
Atten: Accounting Dept.
P.O. Box 60610
Harrisburg, PA 17106-0000

First Virginia Financial Svcs
687 Lynnhaven Pkway
Suite 120
Virginia Beach, VA 23456-0000

Foster Denistry, PLLC
Cosmetic Family and Implant De
609 Lynnhaven Pkwy
Virginia Beach, VA 23452-0000

GC Services Limited Partnershi
P.O. Box 2545
Houston, TX 77252-0000

Global Lending Service
Atten: Acctng. Dept.
5 Concourse Pkwy, NE, Ste.2925
Atlanta, GA 30328-0000

Global Payment Check Service
6215 W. Howard Street
Niles, IL 60714-3403

Heights Finance Corp
Atten: Acctng. Dept.
2015 N. Green River Road
Evansville, IN 47715-0000

Hoosier Accounts Service
P.O. Box 4007
Evansville, IN 47724-0000

HRSD
1434 Air Rail Ave
Virginia Beach, VA 23455-0000

Medical and Professional
P.O. Box 1116
Newburgh, IN 47630-0000

National Recovery Service
2491 Paxton Street
Harrisburg, PA

Receivable Performance Mangmen
20816 44th Avenue, W
Lynnwood, WA 98036-0000


Terry S. Richards, Sr.
2908 Idlewild Bvd, N.E.
Roanoke, VA 24012-0000


Tiffany and Tiffany, P.L.L.C.
770 Independence Blvd.
Suite 200
Virginia Beach, VA 23455-0000


Verizon
Atten: Collection Dept.
P.O. Box 5029
Wallingford, CT 06492-0000


Weltman Weinberg & Reis Co LPA
323 W. Lakeside Ave. 2nd Floor
Cleveland, OH 44113-0000