# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

IN RE:    ROBERT TIMOTHY MILLER,            Case No. 14-74074-FJS
         STACIA LEZETTE MILLER,
              Debtors.                      Chapter 13

## AMENDED NOTICE OF MOTION

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then, on or before twenty-one (21) days from the date of this notice, you or your attorney must:

_x_ File with the Court, at the address shown below, a written request for a hearing (or a written response pursuant Local Bankruptcy Rule 9013-1 (H)). If you mail your request for a hearing (or response) to the Court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

> Clerk of Court
> United States Bankruptcy Court
> 600 Granby Street
> Norfolk, VA 23510

You must also mail a copy to:

> Timothy R. Douglass, Esq.
> John W. Lee, P.C.
> 291 Independence Blvd., 530
> Virginia Beach, VA 23462

___ Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. If no timely response has been filed opposing the relief requested the court may grant the relief without holding a hearing.

____Attend the hearing scheduled on the Motion (or objection) to be held on _____ at _____ a.m./ p.m. at the United States Bankruptcy Court

_____.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and enter an order granting that relief.

Counsel For:
ROBERT TIMOTHY MILLER
STACIA LEZETTE MILLER

10/22/2015
Date

_____
Timothy R. Douglass, Esq.
(VSB No. 72901)
John W. Lee, P.C.
291 Independence Blvd., 530
Virginia Beach, VA 23462
(757) 961-8553

**Certificate of Service**

I hereby certify that I mailed a true and accurate copy of the foregoing to the Trustee, the US Trustee, the debtor, and all creditors listed on the attached List of Service, pursuant to Rule 7004 of the Federal Rules of Bankruptcy procedure, on this 22nd day of October 2015. Parties noted with an * were served via certified mail.

_____
Timothy R. Douglass

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

IN RE:    ROBERT TIMOTHY MILLER,    Case No. 14-74074-FJS
STACIA LEZETTE MILLER,
Debtors.    Chapter 13

AMENDED MOTION FOR AUTHORITY

TO INCUR DEBT SECURED BY PERSONAL PROPERTY

NOW COME the debtors, Robert Timothy Miller, and Stacia Lezette Miller, by counsel, and file this Motion for Authority to Incur Debt Secured By Personal Property pursuant to 11 U.S.C. §§ 364(a) and 1304(b), Federal Rules of Bankruptcy Procedure 4001(c) and 9014, and Local Bankruptcy Rules 9013-1, and respectfully state to the Court as follows:

1. This Court has exclusive jurisdiction over this matter pursuant to 28 U.S.C. §1334.

2. This proceeding is a core proceeding under 28 U.S.C. §157(b)(2)(A), (B), (K), and (O).

3. Venue is proper pursuant to 28 U.S.C. §1409.

4. That on November 7, 2014, the debtors filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

*Timothy R. Douglass, Esq. (VSB No.72901)*
*John W. Lee, P.C.*
*291 Independence Blvd., Ste 530*
*Virginia Beach, VA 23462*
*757-896-0868*

5. Debtors filed their Amended Chapter 13 Plan on December 7, 2014, which Plan was confirmed by Order of the Court on February 24, 2015.

6. Debtors seek to finance a 2014 Chevrolet Malibu or a substantially similar vehicle from R.K. Chevrolet, Inc.

7. The terms of the proposed loan are as follows:

    a. The purchase price is approximately $18,475.00;

    b. The down payment is $2,5000.00, the source of the funds being money saved up by the Debtors through the contingency of their budget;

    c. Approximately $880.93 for taxes and licensing fees;

    d. Approximately $649.00 for the Processing Fees;

    e. Approximately $700.00 for GAP coverage;

    f. Approximately $495.00 for Skylink Service;

    g. Total amount of the loan financed is approximately $18,204.53;

    h. Fixed interest rate, which is approximately $18.900%;

    i. Amortized for approximately 66 months;

    j. Approximate monthly principal and interest payments will be $449.74.

8. Debtors' 2001 Cadillac DeVille has several severe mechanical issues and is no longer reliable, and Mr. Miller is in need of a reliable vehicle to drive to and from work. Debtors have no other vehicles.

9. Debtors have filed amended Schedules I and J and Plan to address the new car payment in their monthly budget.

10. Debtors request that the Court authorize their Motion to Incur Debt as stated herein.

**WHEREFORE**, the debtors pray that this Court enter an Order: (1) permitting Debtors to incur new debt as set forth herein; (2) directing that the loan approved hereby be applied to the costs of the new vehicle as set forth herein; and (3) for such other relief as this court deems appropriate.

Respectfully Submitted,

ROBERT TIMOTHY MILLER
STACIA LEZETTE MILLER

10/22/2015
Date

Timothy R. Douglass, Esq.
(VSB No. 72901)
John W. Lee, P.C.
291 Independence Blvd., 530
Virginia Beach, VA 23462
(757) 961-8553

**Certificate of Service**

I hereby certify that I mailed a true and accurate copy of the foregoing to the Trustee, U.S. Trustee, the debtors, and all creditors listed on the attached List of Service, pursuant to Rule 7004 of the Federal Rules of Bankruptcy procedure, on this 22nd day of October 2015. Parties noted with an * were served via certified mail

Timothy R. Douglass

```
Label Matrix for local noticing          Synchrony Bank c/o Recovery Management Syste    United States Bankruptcy Court
0422-2                                   25 SE 2nd Avenue, Suite 1120                    600 Granby St., Room 400
Case 14-74074-FJS                        Miami, FL 33131-1605                            Norfolk, VA 23510-1915
Eastern District of Virginia
Norfolk
Thu Oct 22 04:50:57 EDT 2015

Aargon Agency Inc                        American Education Services                     American InfoSource LP as agent for
8668 Spring Mountain rd.                 Atten: Accnt. Dept.                              DIRECTV, LLC
Las Vegas, NV 89117-4132                 Payment Center                                   PO Box 51178
                                         Harrisburg, PA 17130-0001                       Los Angeles, CA  90051-5478


American InfoSource LP as agent for      Brenneman Farm Apts., L.L.C. t.a. Brenneman     CBE Group
Verizon                                  c/o Tiffany & Tiffany, PLLC                     1309 Technology Pkway
PO Box 248838                            770 Independence Circle, Ste. 200               Cedar Falls, IA 50613-6976
Oklahoma City, OK  73124-8838            Virginia Beach, VA 23455-6452


(p)JEFFERSON CAPITAL SYSTEMS LLC         City of Virginia Beach                          City of Virginia Beach
PO BOX 7999                              Office of City Treasurer                        Public Utilities and Public Wo
SAINT CLOUD MN 56302-7999                Bankruptcy Records                              2401 Courthouse Dr., Bldg. 1
                                         2401 Courthouse Drive                           Virginia Beach, VA 23456-9120
                                         Virginia Beach, VA 23456-9120


Coleman Bridge                           Craig W.T. Estrada, DDS                         Credit Collection Services
Violation Processing Center              1354 Kempsville Road                            P O Box 9135
P.O. Box 1234                            Suite 101                                       Needham Heights, MA 02494-9135
Clifton Forge, VA 24422-0724             Chesapeake, VA 23320-1416


Credit Collections Services              Department of Education/Sallie                  Dept of Treasury
2 Wells Ave                              P.O. Box 9635                                   Internal Revenue Service
Dept 9133                                Wilkes Barre, PA 18773-9635                     P.O. Box 621505
Newton Center, MA 02459-3225                                                             Atlanta, GA 30362-3005


(p)INTERNAL REVENUE SERVICE              Dish Network                                    Diversified Consultants, Inc
CENTRALIZED INSOLVENCY OPERATIONS        Atten: Billing Dept.                            P.O. Box  551268
PO BOX 7346                              P.O. Box 94063                                  Jacksonville, FL 32255-1268
PHILADELPHIA PA 19101-7346               Palatine, IL 60094-4063


Dominion Power                           (p)DOMINION VIRGINIA POWER                      EOS CCA
Atten: Bk Dept.                          PO BOX 26666                                    700 Longwater Drive
P.O. Box 26543                           18TH FLOOR                                      Norwell, MA 02061-1624
Richmond, VA 23290-0001                  RICHMOND VA 23261-6666


ERC d/b/a Suntrust Bank                  Elizabeth River Tunnel                          Enterprise Recovery Systems
8014 Bayberry Road                       700 Port Centre Pkwy                            P.O. Box 5169
Jacksonville, FL 32256-7412              Suite 2B                                        Hinsdale, IL 60522-5169
                                         Portsmouth, VA 23704-5901


Equidata                                 FedLoan Servicing                               Federal Loan Servicing Credit
P.O. Box 6610                            P.O. Box 69184                                  Atten: Accounting Dept.
Newport News, VA 23606-0610              Harrisburg, PA 17106-9184                       P.O. Box 60610
                                                                                         Harrisburg, PA 17106-0610
```

| | | |
|---|---|---|
| First Virginia Financial Svcs<br>687 Lynnhaven Pkway<br>Suite 120<br>Virginia Beach, VA 23452-7462 | Foster Denistry, PLLC<br>Cosmetic Family and Implant De<br>609 Lynnhaven Pkwy<br>Virginia Beach, VA 23452-7336 | GC Services Limited Partnershi<br>P.O. Box 2545<br>Houston, TX 77252-2545 |
| Global Lending Service<br>Atten: Acctng. Dept.<br>5 Concourse Pkwy, NE, Ste.2925<br>Atlanta, GA 30328-7104 | Global Lending Services<br>P.O. Box 311<br>Williamsville, NY 14231-0311 | Global Payment Check Service<br>6215 W. Howard Street<br>Niles, IL 60714-3403 |
| Global Payments Inc.<br>P.O. Box 661158<br>Chicago, IL 60666-1158 | HRSD<br>1434 Air Rail Ave<br>Virginia Beach, VA 23455-3002 | Heights Finance Corp<br>Atten: Acctng. Dept.<br>2015 N. Green River Road<br>Evansville, IN 47715-1909 |
| Hoosier Accounts Service<br>P.O. Box 4007<br>Evansville, IN 47724-0007 | Medical and Professional<br>P.O. Box 1116<br>Newburgh, IN 47629-1116 | National Recovery Service<br>2491 Paxton Street<br>Harrisburg, PA 17111-1036 |
| Navient Solutions Inc.<br>Department of Education Loan Services<br>P.O. Box 9635<br>Wilkes-Barre, PA   18773-9635 | PHEAA<br>PO Box 8147<br>Harrisburg, PA 17105-8147 | Receivable Performance Mangmen<br>20816 44th Avenue, W<br>Lynnwood, WA 98036-7744 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | Synchrony Bank<br>c/o of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Terry S. Richards, Sr.<br>2908 Idlewild Bvd, N.E.<br>Roanoke, VA 24012-6640 |
| Tiffany and Tiffany, P.L.L.C.<br>770 Independence Blvd.<br>Suite 200<br>Virginia Beach, VA 23455 | Verizon<br>Atten: Collection Dept.<br>P.O. Box 5029<br>Wallingford, CT 06492-7529 | Wells Fargo Bank<br>PO Box 5058<br>Portland, OR 97208-5058 |
| Weltman Weinberg & Reis Co LPA<br>323 W. Lakeside Ave. 2nd Floor<br>Cleveland, OH 44113-1009 | Michael P. Cotter<br>Chapter 13 Trustee<br>870 Greenbrier Circle, Suite 402<br>Chesapeake, VA 23320-2641 | Robert Timothy Miller<br>5848 Magnolia Chase Way<br>Apt. #205<br>Virginia Beach, VA 23464-6878 |
| Stacia Lezette Miller<br>5848 Magnolia Chase Way<br>Apt. #205<br>Virginia Beach, VA 23464-6878 | Timothy Roy Douglass<br>John W. Lee, P.C.<br>291 Independence Blvd., Suite 530<br>Pembroke #4<br>Virginia Beach, VA 23462-5473 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Checksmart
c o Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

Dept of the Treasury
Internal Revenue Service
Kansas City, MO  64999-0010

Dominion Virginia Power
PO Box 26666
Richmond, Virignia 23261
Attn: 10th floor

Sprint
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

End of Label Matrix
Mailable recipients   55
Bypassed recipients    0
Total                 55