TERRY RICHARDS
2908 IDLEWILD BLVD N.E.
ROANOKE, VA. 24012
540-353-1572



TO WHOM IT MAY CONCERN,

I TERRY RICHARDS WAS ROBERT AND STACIA MILLER LANDLORD AT 330 RUTHERGLEN MUSE, VIRGINIA BEACH. ROBERT AND STACIA MILLER VACATED THE PREMISES WITH NON-PAYMENT OF RENT AND VACATING THE PREMISES WITH DAMAGES. ROBERT AND STACIA MILLER WERE TAKEN TO COURT AND I TERRY RICHARDS WAS AWARDED A COMPENSATION OVER $4000.00 dollars. ROBERT AND STACIA MILLER CLAIMED BANKRUPTCY WITH NON-PAYMENT OF WHAT THEY OWED TO ME. I DO NOT AGREE THEY SHOULD BE GRANTED RELIEF IN THIS MOTION. SO I OBJECT.

SINCERELY,
TERRY RICHARDS

*Terry Richards*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



IN RE:   ROBERT TIMOTHY MILLER,    Case No. 14-74074-FJS
         STACIA LEZETTE MILLER,
              Debtors.              Chapter 13

## AMENDED NOTICE OF MOTION

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then, on or before twenty-one (21) days from the date of this notice, you or your attorney must:

_x_ File with the Court, at the address shown below, a written request for a hearing (or a written response pursuant Local Bankruptcy Rule 9013-1 (H)). If you mail your request for a hearing (or response) to the Court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

    Clerk of Court
    United States Bankruptcy Court
    600 Granby Street
    Norfolk, VA 23510

    You must also mail a copy to:

    Timothy R. Douglass, Esq.
    John W. Lee, P.C.
    291 Independence Blvd., 530
    Virginia Beach, VA 23462

___ *Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing.* If no timely response has been filed opposing the relief requested the court may grant the relief without holding a hearing.