UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

IN RE:    ROBERT TIMOTHY MILLER,             Case No. 14-74074-FJS
         STACIA LEZETTE MILLER,
              Debtors.                        Chapter 13

## NOTICE OF HEARING ON MOTION

## TO INCUR DEBT

Please take notice that the debtors, Robert Timothy Miller and Stacia Lezette Miller, ha filed a Motion for Authority to Incur Debt Secured By Personal Property pursuant to 11 U.S.C. §§ 364(a) and 1304(b), Federal Rules of Bankruptcy Procedure 4001(c) and 9014, and Local Bankruptcy Rules 9013-1 (the "Motion"). The hearing for the Motion is set for December 8, 2015 at 10:00 AM Judge Santoro's Courtroom, 600 Granby Street, 4th Floor, Courtroom 2, Norfolk, Virginia, 23510.

11/6/2015
Date

Notice Given By:
/s/ Timothy R. Douglass
Timothy R. Douglass, Esquire
John W. Lee, PC
Bar No. 72901
291 Independence Blvd, #530
Virginia Beach, VA 23464
(757) 961-8553

## CERTIFICATE OF SERVICE

I hereby that I mailed a true and accurate copy of the foregoing to the Trustee and all creditors and parties listed on the attached list this 6th day of November, 2015.

/s/ Timothy R. Douglass
Timothy R. Douglass

Label Matrix for local noticing
0422-2
Case 14-74074-FJS
Eastern District of Virginia
Norfolk
Fri Nov  6 13:23:01 EST 2015

Synchrony Bank c/o Recovery Management Syste
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

United States Bankruptcy Court
600 Granby St., Room 400
Norfolk, VA 23510-1915

Argon Agency Inc
2668 Spring Mountain rd.
Las Vegas, NV 89117-4132

American Education Services
Atten: Accnt. Dept.
Payment Center
Harrisburg, PA 17130-0001

American InfoSource LP as agent for
DIRECTV, LLC
PO Box 51178
Los Angeles, CA  90051-5478

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK  73124-8838

Brenneman Farm Apts., L.L.C. t.a. Brenneman
c/o Tiffany & Tiffany, PLLC
770 Independence Circle, Ste. 200
Virginia Beach, VA 23455-6452

CBE Group
1309 Technology Pkway
Cedar Falls, IA 50613-6976

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

City of Virginia Beach
Office of City Treasurer
Bankruptcy Records
2401 Courthouse Drive
Virginia Beach, VA 23456-9120

City of Virginia Beach
Public Utilities and Public Wo
2401 Courthouse Dr., Bldg. 1
Virginia Beach, VA 23456-9120

Coleman Bridge
Violation Processing Center
P.O. Box 1234
Clifton Forge, VA 24422-0724

Craig W.T. Estrada, DDS
1354 Kempsville Road
Suite 101
Chesapeake, VA 23320-1416

Credit Collection Services
P O Box 9135
Needham Heights, MA 02494-9135

Credit Collections Services
2 Wells Ave
Dept 9133
Newton Center, MA 02459-3225

Department of Education/Sallie
P.O. Box 9635
Wilkes Barre, PA 18773-9635

Dept of Treasury
Internal Revenue Service
P.O. Box 621505
Atlanta, GA 30362-3005

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Dish Network
Atten: Billing Dept.
P.O. Box 94063
Palatine, IL 60094-4063

Diversified Consultants, Inc
P.O. Box  551268
Jacksonville, FL 32255-1268

Dominion Power
Atten: Bk Dept.
P.O. Box 26543
Richmond, VA 23290-0001

(p)DOMINION VIRGINIA POWER
PO BOX 26666
18TH FLOOR
RICHMOND VA 23261-6666

EOS CCA
700 Longwater Drive
Norwell, MA 02061-1624

ERC d/b/a Suntrust Bank
8014 Bayberry Road
Jacksonville, FL 32256-7412

Elizabeth River Tunnel
700 Port Centre Pkwy
Suite 2B
Portsmouth, VA 23704-5901

Enterprise Recovery Systems
P.O. Box 5169
Hinsdale, IL 60522-5169

Equidata
P.O. Box 6610
Newport News, VA 23606-0610

FedLoan Servicing
P.O. Box 69184
Harrisburg, PA 17106-9184

Federal Loan Servicing Credit
Atten: Accounting Dept.
P.O. Box 60610
Harrisburg, PA 17106-0610

First Virginia Financial Svcs
287 Lynnhaven Pkway
Suite 120
Virginia Beach, VA 23452-7462

Foster Dentistry, PLLC
Cosmetic Family and Implant De
609 Lynnhaven Pkwy
Virginia Beach, VA 23452-7336

GC Services Limited Partnershi
P.O. Box 2545
Houston, TX 77252-2545

Global Lending Service
Atten: Acctng. Dept.
1 Concourse Pkwy, NE, Ste.2925
Atlanta, GA 30328-7104

Global Lending Services
P.O. Box 311
Williamsville, NY 14231-0311

Global Payment Check Service
6215 W. Howard Street
Niles, IL 60714-3403

Global Payments Inc.
P.O. Box 661158
Chicago, IL 60666-1158

HRSD
1434 Air Rail Ave
Virginia Beach, VA 23455-3002

Heights Finance Corp
Atten: Acctng. Dept.
2015 N. Green River Road
Evansville, IN 47715-1909

Hoosier Accounts Service
P.O. Box 4007
Evansville, IN 47724-0007

Medical and Professional
P.O. Box 1116
Newburgh, IN 47629-1116

National Recovery Service
2491 Paxton Street
Harrisburg, PA 17111-1036

Navient Solutions Inc.
Department of Education Loan Services
P.O. Box 9635
Wilkes-Barre, PA    18773-9635

PHEAA
PO Box 8147
Harrisburg, PA 17105-8147

Receivable Performance Mangmen
20816 44th Avenue, W
Lynnwood, WA 98036-7744

(p)SPRINT NEXTEL CORRESPONDENCE
ATTN BANKRUPTCY DEPT
PO BOX 7949
OVERLAND PARK KS 66207-0949

Synchrony Bank
c/o of Recovery Management Systems Corp
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Terry S. Richards, Sr.
2908 Idlewild Bvd, N.E.
Roanoke, VA 24012-6640

Tiffany and Tiffany, P.L.L.C.
770 Independence Blvd.
Suite 200
Virginia Beach, VA 23455

Verizon
Atten: Collection Dept.
P.O. Box 5029
Wallingford, CT 06492-7529

Wells Fargo Bank
PO Box 5058
Portland, OR 97208-5058

Weltman Weinberg & Reis Co LPA
323 W. Lakeside Ave. 2nd Floor
Cleveland, OH 44113-1009

Michael P. Cotter
Chapter 13 Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320-2641

Robert Timothy Miller
5848 Magnolia Chase Way
Apt. #205
Virginia Beach, VA 23464-6878

Stacia Lezette Miller
5848 Magnolia Chase Way
Apt. #205
Virginia Beach, VA 23464-6878

Terry Richards
2908 Idlewild Blvd N.E.
Roanoke, VA 24012-6640

Timothy Roy Douglass
John W. Lee, P.C.
291 Independence Blvd., Suite 530
Pembroke #4
Virginia Beach, VA 23462-5473

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

hecksmart
c o Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

Dept of the Treasury
Internal Revenue Service
Kansas City, MO  64999-0010

Dominion Virginia Power
PO Box 26666
Richmond, Virignia 23261
Attn: 10th floor

print
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

End of Label Matrix
Mailable recipients    56
Bypassed recipients     0
Total                  56